**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JamieLyn Lorenti,**<br><br>       **Plaintiff,**<br>   **v.**<br><br>**Merchants Association Collection Division, Inc.; and DOES 1-10, inclusive,**<br><br>       **Defendant.** | **Civil Action No.: 3:15-cv-00349-VAB** |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>

JamieLyn Lorenti ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: April 15, 2015**

                                                                         Respectfully submitted,

                                                                         **PLAINTIFF, JamieLyn Lorenti**

                                                                         <u>/s/ Sergei Lemberg         </u>

                                                                         **Sergei Lemberg, Esq.
                                                                         LEMBERG LAW L.L.C.
                                                                         1100 Summer Street, 3rd Floor
                                                                         Stamford, CT 06905
                                                                         Telephone: (203) 653-2250
                                                                         Facsimile:  (203) 653-3424
                                                                         slemberg@lemberglaw.com**

## <u>CERTIFICATE OF SERVICE</u>

**I hereby certify that on April 15, 2015, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

**By <u>/s/ Sergei Lemberg</u>**

**Sergei Lemberg**